# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX,<br><br>   Plaintiff,<br><br>   v.<br><br>JAMES A. YATES, et al.,<br><br>   Defendants.<br>_____/ | Case No. 1:13-cv-00171-BAM (PC)<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION WITHIN TWENTY-ONE DAYS<br><br>(ECF Nos. 36, 37) |

Plaintiff David Maddox ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's complaint against Defendant B. Ornellas (erroneously sued as "Arnellas") for deliberate indifference to serious medical needs in violation of the Eighth Amendment to the United States Constitution.

On October 22, 2015, Defendant Ornellas filed a combined motion to compel discovery request, a motion requesting an order to have certain facts deemed admitted, and a request for sanctions, (ECF No. 36), and an order for sanctions for failure to appear at a deposition, (ECF No. 37). The time for Plaintiff to file any opposition to these motions has expired and Plaintiff has not responded.

Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendant's motions within twenty-one (21) days. Plaintiff is

warned that the failure to comply with this order may result in the imposition of sanctions, up to and including the dismissal of this action.

IT IS SO ORDERED.

    Dated: **November 25, 2015**　　　　　　　/s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE