# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID MADDOX,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES A. YATES, et al.,<br><br>　　　　Defendants. | 1:13-cv-00171-BAM (PC)<br><br>ORDER TO RECAPTION CASE |

　　　Currently this action proceeds only against Defendant B. Ornellas (erroneously sued as "LVN Arnellas"). The caption should reflect the party's correct name, and that this action no longer proceeds against Defendant Yates. Therefore, the caption for this case shall be as follows:

| | |
|---|---|
| DAVID MADDOX,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>B. ORNELLAS,<br><br>　　　　Defendant. | 1:13-cv-00171-BAM (PC) |

IT IS SO ORDERED.

　Dated:　**March 16, 2016**　　　　　　　/s/ *Barbara A. McAuliffe*
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE