IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **DAVID MADDOX,** | 1:13-cv-00171 BAM |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO MOTION FOR SUMMARY JUDGMENT |
| v. | |
| **B. ORNELLAS,** | (ECF No. 45) |
| Defendant. | **THIRTY (30) DAY DEADLINE** |

  Plaintiff David Maddox ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's complaint against Defendant B. Ornellas for deliberate indifference to serious medical needs in violation of the Eighth Amendment.

  On May 19, 2016, Defendants filed a motion for summary judgment. Fed. R. Civ. P. 56. (ECF No. 28.) Plaintiff was provided with notice of the requirements for opposing a motion for summary judgment. Woods v. Carey, 684 F.3d 934 (9th Cir.2012); Rand v. Rowland, 154 F.3d 952, 957 (9th Cir.1988); Klingele v. Eikenberry, 849 F.2d 409, 411–12 (9th Cir.1988). (ECF No. 28, pp. 19-22.) Plaintiff's opposition was due within twenty-one (21) days of service of

1 Defendants' motion. More than thirty (30) days have passed since the motion for summary
2 judgment was filed and served, but Plaintiff has not filed any opposition or statement of non-
3 opposition to the motion. Nor has Plaintiff made any other communications with the Court.

4       Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a
5 statement of non-opposition to Defendants' motion within thirty (30) days.  **Plaintiff is warned**
6 **that the failure to comply with this order may result in dismissal of this action, with**
7 **prejudice, for failure to prosecute and failure to obey a court order.**

9 IT IS SO ORDERED.

10    Dated: **June 20, 2016**        /s/ *Barbara A. McAuliffe*
11                                                     UNITED STATES MAGISTRATE JUDGE